Walter J. Rinn et al., Plaintiffs, v. Broadway Trust and Savings Bank of Chicago et al., Defendants.
People of State of Illinois et al., Plaintiffs, v. Broadway Trust and Savings Bank of Chicago et al., Defendants.
Appeal of Walter J. Rinn, Charles F. Pogge and Raymond C. Pogge, Appellants.

Gen. No. 44,205.

opinion filed January 5, 1948; rehearing denied January 21, 1948; released for publication January 27, 1948.   George F. Barrett, Attorney General, for certain appellants; William C. Wines, Assistant Attorney General, of counsel; Shulman, Shulman & Abrams and Harry J. Myerson, for certain other appellants; Edgar A. Jonas and Frederick C. Jonas, Chapman & Cutler (Roscoe C. Nash and John N. Vander Vries, of counsel), Harry A. Biossat and John J. Dever, for certain appellees. Opinion by PRESIDING JUSTICE NIEMEYER.   Not to be published in full.